**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**ANNETTE ROBERSON**                                                                 **PLAINTIFF**

**V.**        **NO: 2:09CV241-P-A**

**GOLDEN LIVING CENTER**                                            **DEFENDANT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On consideration of defendant's Motion to Dismiss for Lack of Prosecution [18] and the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated March 8, 2010, was on that date duly served by regular mail upon plaintiff and electronically upon counsel for defendant; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

      **ORDERED:**

      1. That the March 8, 2010 Report and Recommendation of the magistrate judge is hereby **ADOPTED** as the opinion of the Court.

      2. That in accordance with the opinion of the Court, defendant's Motion to Dismiss for Lack of Prosecution [18] is **GRANTED**.

      3. This cause is hereby dismissed without prejudice, each party to bear its own costs.

**THIS**, the 26th day of May, 2010.

                                                       /s/ W. Allen Pepper, Jr.
                                                       W. ALLEN PEPPER, JR.
                                                       UNITED STATES DISTRICT JUDGE